| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Amani S. Abdellah, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: aabdellah@hillwallack.com<br>*Attorneys for Lakes at Larchmont Condominium Association, Inc..* | |
| In Re:<br><br>Imo U. Etuk,<br><br>　　　　　　Debtor. | Case No.: 18-32212 (ABA)<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg, Jr., U.S.B.J. |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Lakes at Larchmont Condominium Association, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

　　ADDRESS:　　Amani S. Abdellah, Esq.
　　　　　　　　Hill Wallack LLP
　　　　　　　　21 Roszel Road
　　　　　　　　P.O. Box 5226
　　　　　　　　Princeton, NJ 08543

　　DOCUMENTS:

　　☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

　　☑ All documents and pleadings of any nature.

DATED: June 30, 2022　　　　　　　　　　　　　　　　HILL WALLACK, LLP

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Amani S. Abdellah*
　　　　　　　　　　　　　　　　　　　　　　　　Amani S. Abdellah