UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF LEE M. PERLMAN
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
(856) 751-4224

In RE:

Imo Etuk

Case No.: 18-32212 ABA

Judge: ABA

Chapter 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____
   _____, creditor,
   A hearing has been scheduled for _____, at _____.

   _____ Motion to Dismiss filed by the Chapter 13 Trustee.
   A hearing has been scheduled for _____, at _____.

   __X__ Certification of Default filed by __Chapter 13 Trustee__.
   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one)

   _____ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached.

   _____ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

   __X__ Other (explain your answer):
   I propose to pay a lump sum of $1,500.00 and then $247.77 over 9 months to catch up.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.


Date: 07/01/2022                                                                         /s/ Imo Etuk
                                                                                              Debtor's Signature


NOTES:
1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.