UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
kvelter@pincuslaw.com
Karina Velter, Esquire
425 RXR Plaza
Uniondale, NY 11556
(516)-699-8902 ext. 2217
ATTORNEYS FOR NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust

In Re:

   Imo U. Etuk dba mDoc Holdings, LLC

DEBTOR

Case No.: 18-32212
Chapter: 13
Hearing Date: 01/20/2023
Judge: ABA

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Motion for Relief from Stay Doc. 47

Date: 01/18/2023

/s/ Karina Velter
Signature

*rev.8/1/15*