UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Imo Etuk

Case No.: 18-32212 ABA

Chapter: 13

Hearing Date:

Judge: Altenburg

## CERTIFICATION OF SERVICE

1. I, M.J. Roames:

    _____ represent the debtor in the above captioned matter.

    __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am representing myself.

2. On __06/08/2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: __application for compensation, certification in support of application, proposed order__.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 06/08/2023                                                                         /s/ M.J. Roames

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa, Trustee<br>335 Route 38, Suite 580<br>Cherry Hill, NJ  08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Imo U. Etuk<br>1321 Upland Drive, Suite 3872<br>Houston TX 77043 | Debtor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.