Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 18−32212−ABA
                      Chapter: 13
                      Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Imo U. Etuk
   dba mDoc Holdings, LLC
   1321 Upland Drive
   Suite 3872
   Houston, TX 77043

Social Security No.:
   xxx−xx−1100

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 November 7, 2023
Time:               10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*63* – Certification in Opposition to (related document:62 Creditor's Certification of Default (related document:58 Order on Motion For Relief From Stay) filed by Jerome Blank on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association et al. Objection deadline is 10/11/2023. (Attachments: # 1 Proposed Order # 2 Certification of Participant # 3 Certificate of Service # 4 Exhibit A # 5 Exhibit B) filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association et al) filed by Lee Martin Perlman on behalf of Imo U. Etuk. (Perlman, Lee)

and transact such other business as may properly come before the meeting.


Dated: October 11, 2023
JAN: eag

                                                    Jeanne Naughton
                                                      Clerk