UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
jblank@pincuslaw.com
Jerome Blank, Esquire
2929 Arch Street, Suite 1700
Philadelphia, PA 19104
(516)-699-8902
ATTORNEYS FOR NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust

In Re:

Imo U. Etuk dba mDoc Holdings, LLC

DEBTOR

Case No.:        18-32212

Chapter:         13

Hearing Date:    11/07/2023

Judge:           ABA

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Jerome Blank,

   ☒ am the attorney for: NewRez LLC d/b/a Shellpoint Mortgage Servicing

   ☐ am self-represented

   Phone number: (516)-699-8902

   Email address: jblank@pincuslaw.com

2. I request an adjournment of the following hearing:

   Matter: Creditor's Certification of Default

   Current hearing date and time: 11/07/2023 10:00AM

   New date requested: 11/21/2023

   Reason for adjournment request: Parties are negotiating settlement.

3.    I request an adjournment of confirmation:

     Current confirmation date and time: _____

     New date requested: _____

     Reason for adjournment request: _____

     _____

     Confirmation has been adjourned _____ previous times

     Trustee payments are current through _____

     The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.    Consent to adjournment:

     ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

     _____

     _____

I certify under penalty of perjury that the foregoing is true.

Date: 11/03/2023                             /s/ Jerome Blank
                                                                       Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: 11/21/23 @ 10 AM           ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____     ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**