UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Pincus Law Group, PLLC**

jblanki@pincuslaw.com
Jerome Blank, Esquire
425 RXR Plaza
Uniondale, NY 11556
(516)-699-8902 ext. 2217
ATTORNEYS FOR NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust

Order Filed on November 30, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Imo U. Etuk dba mDoc Holdings, LLC

    DEBTOR

| | |
|---|---|
| Case No.: | 18-32212 |
| Chapter: | 13 |
| Hearing Date: | 01/20/2023 |
| Judge: | ABA |

Recommended Local Form    ☑ Followed    ☐ Modified

### AMENDED ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

DATED: November 30, 2023

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Applicant:    NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust

Applicant's Counsel:    Jerome Blank/Pincus Law Group, PLLC

Debtor's Counsel:    Lee Martin Pearlman

Property Involved ("Collateral"):    808 B Harwood Ct., #808B, Mount Laurel, NJ 08054

Relief sought:    ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for 8 months, from 10/01/2022 to 05/01/2023 less suspense in the amount of $427.46

    ☒ The Debtor is overdue for 2 payments at $1368.75 per month, 3 payments at $1397.09 per month and 3 payments at $1398.67 per month.

    ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    ☐ Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

    Total Arrearages Due  $10,697.32

2. Debtor must cure all post-petition arrearages, as follows:

    ☐ Immediate payment shall be made in the amount of $_____. Payment shall be made no later than_____.

    ☒ Beginning on 06/01/2023, regular monthly mortgage payments shall continue to be made in the amount of $1398.67.

☒ Beginning on 06/01/2023, additional monthly cure payments shall be made in the amount of $1782.88 for 5 months and $1782.82 for 1 month.

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment:

☒ Regular monthly payment:   NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

☒ Monthly cure payment:   NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.     Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys fees of $<u>550.00</u>, and costs of $<u> 188.00.</u>

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within_____days.

☐ Attorneys' fees are not awarded.

*rev.8/1/15*