UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
jblank@pincuslaw.com
Jerome Blank, Esquire
2929 Arch Street, Suite 1700
Philadelphia, PA 19104
(516)-699-8902
ATTORNEYS FOR NewRez LLC d/b/a Shellpoint
Mortgage Servicing as servicer for US Bank Trust
National Association, Not In Its Individual Capacity
But Solely As Owner Trustee For VRMTG Asset
Trust ⊞

In Re:

Imo U. Etuk dba mDoc Holdings, LLC

DEBTOR ⊞

Case No.:          18-32212

Chapter:              13

Hearing Date:      12/12/2023

Judge:                ABA

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.    I, Jerome Blank                              ,

☒    am the attorney for: NewRez LLC d/b/a Shellpoint Mortgage Servicing

☐    am self-represented

Phone number: (516)-699-8902

Email address: jblank@pincuslaw.com

2.    I request an adjournment of the following hearing:

Matter: Creditor's Certification of Default

Current hearing date and time: 12/12/2023 10:00AM

New date requested: 01/09/2024

Reason for adjournment request: Parties are negotiating settlement.

3.      I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.      Consent to adjournment:

☒  I have the consent of all parties.      ☐  I do not have the consent of all parties (explain

below): _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: _12/8/2023_____            _/s/ Jerome Blank_____
                                            Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:** _____

The request for adjournment is:

☒    Granted            New hearing date: _1/9/24 @ 10 am_____            ☐   Peremptory

☐    Granted over objection(s)   New hearing date: _____            ☐   Peremptory

☐    Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**