UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
jblank@pincuslaw.com
Jerome Blank, Esquire
2929 Arch Street, Suite 1700
Philadelphia, PA 19104
(516)-699-8902
ATTORNEYS FOR NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust

In Re:

Imo U. Etuk dba mDoc Holdings, LLC

DEBTOR

Case No.: 18-32212
Chapter: 13
Hearing Date: 01/09/2024
Judge: ABA

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Jerome Blank,

   ☒ am the attorney for: NewRez LLC d/b/a Shellpoint Mortgage Servicing

   ☐ am self-represented

   Phone number: (516)-699-8902

   Email address: jblank@pincuslaw.com

2. I request an adjournment of the following hearing:

   Matter: Creditor's Certification of Default

   Current hearing date and time: 01/09/2024 10:00AM

   New date requested: 01/23/2024

   Reason for adjournment request: Parties are negotiating settlement.

3.   I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.   Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 01/05/2024                                         /s/ Jerome Blank
                                                         Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

---

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 1/23/24 @ 10 AM          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2