UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
jblank@pincuslaw.com
Jerome Blank, Esquire
2929 Arch Street, Suite 1700
Philadelphia, PA 19104
(516)-699-8902
ATTORNEYS FOR NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust

In Re:

Imo U. Etuk dba mDoc Holdings, LLC

DEBTOR

Case No.: 18-32212
Chapter: 13
Hearing Date: 02/06/2024
Judge: ABA

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Jerome Blank,

    ☒ am the attorney for: NewRez LLC d/b/a Shellpoint Mortgage Servicing

    ☐ am self-represented

    Phone number: (516)-699-8902

    Email address: jblank@pincuslaw.com

2. I request an adjournment of the following hearing:

    Matter: Creditor's Certification of Default

    Current hearing date and time: 02/06/2024 10:00AM

    New date requested: 02/20/2024

    Reason for adjournment request: Parties are negotiating settlement.

3.     I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

    ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below): _____

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: 02/02/2024                                  /s/ Jerome Blank
                                                                Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted                  New hearing date: 2/20/24 @ 10 am          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____      ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**